# Court of Appeals
# of the State of Georgia

ATLANTA,  September 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0100. GENA M. FERNANDES v. RUKAYAT HARDEMAN.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a judgment in favor of the plaintiff, the defendant Gena M. Fernandes appealed to superior court. The superior court also issued a judgment in favor of the plaintiff, and Fernandes filed this direct appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Fernandes did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/14/2018*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*